IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

   vs.           CASE No. 2:05CR20054

MARIANO MERCADO-MALDONADO                                          DEFENDANTS

### **ORDER**

On this 18th day of August, 2005, comes the motion to withdraw as counsel of record (doc. #11) filed by Jack Schisler on August 17, 2005. The Court hereby grants the motion to withdraw and attorney Jack Schisler is removed and the Court substitutes Travis Douglas as attorney of record for defendant, Mariano Mercado-Maldonado. Further, the Court notes Travis Douglas as entered an appearance on behalf of the above named defendant on August 11, 2005. The trial in this matter is scheduled for September 26, 2005.

    IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              _____
                                              Robert T. Dawson
                                              United States District Judge